THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERNEST F. OSTROM, Appellant. [855 NYS2d 409]—Appeal from a judgment of the Cayuga County Court (Thomas G. Leone, J.), rendered May 10, 2007. The judgment convicted defendant, upon his plea of guilty, of burglary in the third degree (four counts).

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Martoche, Smith, Lunn and Peradotto, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM J. CAMPBELL, Appellant. [855 NYS2d 409]—Appeal from a judgment of the Monroe County Court (Alex R. Renzi, J.), rendered April 27, 2005. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a weapon in the third degree (two counts).

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Martoche, Smith, Lunn and Peradotto, JJ.